# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-5337
_____

DANIEL TAPPEN,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

July 19, 2018


PER CURIAM.

   AFFIRMED.

WOLF, LEWIS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee, and Crystal M. Frusciante of The Frusciante Law Firm, P.A., Sunrise, for Appellant.

Pamela Jo Bondi, Attorney General, and Virginia Chester Harris, Assistant Attorney General, Tallahassee, for Appellee.